# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __25-1583__     Caption: Accordius Health at Asheville LLC, et al. v. United States Small Business Administration, et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Accordius Health at Asheville LLC, along with all other Appellants set forth on Appendix A hereto
(name of party/amicus)

who is _____Appellants_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Kirk G. Warner    Date: 6/6/2025

Counsel for: Appellants

Print to PDF for Filing

# APPENDIX A

|   | PLAINTIFF | CASE NO. |
|---|---|---|
| 1 | Accordius Health at Asheville LLC | 1:23-cv-00129-MR |
| 2 | Accordius Health at Bay Pointe LLC | 1:23-cv-00226-MR |
| 3 | Accordius Health at Brevard LLC | 1:23-cv-00130-MR |
| 4 | Accordius Health at Charlotte LLC | 3:23-cv-00289-MR |
| 5 | Accordius Health at Concord LLC | 1:23-cv-00234-MR |
| 6 | Accordius Health at Greensboro LLC | 1:23-cv-00237-MR |
| 7 | Accordius Health at Hendersonville LLC | 1:23-cv-00131-MR |
| 8 | Accordius Health at Lynchburg LLC | 1:23-cv-00263-MR |
| 9 | Accordius Health at Midwood LLC | 3:23-cv-00290-MR |
| 10 | Accordius Health at Monroe LLC | 3:23-cv-00291-MR |
| 11 | Accordius Health at Mooresville LLC | 5:23-cv-00065-MR |
| 12 | Accordius Health at River Pointe LLC | 1:23-cv-00222-MR |
| 13 | Accordius Health at Rose Manor LLC | 1:23-cv-00236-MR |
| 14 | Accordius Health at Statesville LLC | 5:23-cv-00066-MR |
| 15 | Accordius Health at Wilkesboro LLC | 5:23-cv-00068-MR |
| 16 | Accordius Health at Wilson LLC | 1:23-cv-00244-MR |
| 17 | Accordius Health at Winston Salem LLC | 1:23-cv-00233-MR |
| 18 | Anderson SC OPCO LLC | 1:23-cv-00230-MR |
| 19 | Carolina Pines at Asheville LLC | 1:23-cv-00132-MR |
| 20 | Carolina Pines at Greensboro LLC | 1:23-cv-00235-MR |
| 21 | Countryside Rehabilitation LLC | 1:23-cv-00199-MR |
| 22 | Covington TN OPCO LLC | 1:23-cv-00228-MR |
| 23 | Fair Oaks Health and Rehabilitation | 1:23-cv-00200-MR |
| 24 | Farthing Mayfield KY Opco LLC | 1:23-cv-00255-MR |
| 25 | Greenville KY Opco LLC | 1:23-cv-00252-MR |
| 26 | Hopkinsville KY Opco LLC | 1:23-cv-00256-MR |
| 27 | Knoxville OPCO LLC | 1:23-cv-00241-MR |
| 28 | Leitchfield KY Opco LLC | 1:23-cv-00253-MR |
| 29 | Loudon OPCO LLC | 1:23-cv-00240-MR |
| 30 | Madisonville Health and Rehabilitation LLC | 1:23-cv-00254-MR |
| 31 | Maryville Fairpark OPCO LLC | 1:23-cv-00231-MR |
| 32 | Maryville Jamestown OPCO LLC | 1:23-cv-00247-MR |
| 33 | Mayfield KY Opco LLC | 1:23-cv-00251-MR |
| 34 | Mount Pleasant TN OPCO LLC | 1:23-cv-00264-MR |
| 35 | Paducah Center for Health and Rehabilitation LLC | 1:23-cv-00257-MR |
| 36 | Pelican Health at Asheville LLC | 1:23-cv-00201-MR |
| 37 | Pelican Health at Charlotte LLC | 1:23-cv-00202-MR |

|    | **Plaintiff**                        | **Case No.**       |
|----|--------------------------------------|--------------------|
| 38 | Pelican Health at Norfolk LLC        | 1:23-cv-00203-MR   |
| 39 | Pelican Health at Rutherfordton LLC  | 1:23-cv-00204-MR   |
| 40 | Pelican Health Randolph LLC          | 3:23-cv-00293-MR   |
| 41 | Pelican Health Reidsville LLC        | 1:23-cv-00239-MR   |
| 42 | Pelican Health Thomasville LLC       | 1:23-cv-00238-MR   |
| 43 | Princeton KY Opco LLC                | 1:23-cv-00258-MR   |
| 44 | Red Boiling Springs TN OPCO LLC      | 1:23-cv-00267-MR   |
| 45 | Russellville KY Opco LLC             | 1:23-cv-00205-MR   |
| 46 | The Citadel at Myers Park LLC        | 1:23-cv-00197-MR   |
| 47 | The Citadel at Winston Salem LLC     | 1:23-cv-00198-MR   |
| 48 | The Citadel Elizabeth City LLC       | 1:23-cv-00194-MR   |