No. 25-1583

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ACCORDIUS HEALTH AT ASHEVILLE LLC, et al.,
*Plaintiffs-Appellants*,
v.
UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,
*Defendants-Appellees*.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT APPENDIX AND OPENING BRIEF**

Under Federal Rule of Appellate Procedure 26(b), Appellants hereby move for an extension of time to file their Opening Brief and Joint Appendix. The Opening Brief and Joint Appendix in this case are currently due on July 16, 2025. Appellants respectfully request that the deadline be extended by 30 days, to and including August 15, 2025. Appellees consent to this motion.

The requested extension is necessary so that counsel for Appellants and Appellees can finalize the Joint Appendix to include only a select portion of the voluminous Joint Administrative Record filed in the underlying case rather than filing an excessively large, multi-volume Joint Appendix.

This motion is the first request for an extension of time and is made in good faith and not for the purpose of delay. The granting of this motion will not prejudice

Appellees, who consent the requested extension. Accordingly, Appellants respectfully request that this motion be granted and that the due date for filing the Opening Brief and Joint Appendix be extended to August 15, 2025.

Respectfully submitted, this the 14th day of July, 2025.

/s/ *Kirk G. Warner*
Kirk G. Warner
J. Mitchell Armbruster
SMITH, ANDERSON,BLOUNT,
DORSETT, MITCHELL & JERNIGAN,
Post Office Box 2611
Raleigh, NC 27602-2611
919-821-1220
kwarner@smithlaw.com
marmbruster@smithlaw.com

Joshua Klarfeld
ICE MILLER LLP
600 Superior Ave. East, Ste. 1300
Cleveland, OH 44114
216-394-5063
Joshua.Klarfeld@icemiller.com

Jenny R. Buchheit
ICE MILLER LLP
1 American Square, Ste. 2900
Indianapolis, IN 46282
317-236-2100
Jenny.Buchheit@icemiller.com

*Attorneys for Appellants*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 179 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word and 14-point font.

Respectfully submitted, this the 14th day of July, 2025.

<u>/s/ *Kirk G. Warner*</u>
Kirk G. Warner

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2025, I served the foregoing motion upon all counsel of record by filing a copy of the document with the Clerk through the Court's electronic docketing system.

<u>/s/ *Kirk G. Warner*</u>
Kirk G. Warner