FILED: October 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1583
(1:23-cv-00129-MR)

_____

ACCORDIUS HEALTH AT ASHEVILLE LLC; ACCORDIUS HEALTH AT BREVARD LLC; ACCORDIUS HEALTH AT CHARLOTTE LLC; ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS HEALTH AT MIDWOOD LLC; ACCORDIUS HEALTH AT MONROE LLC; ACCORDIUS HEALTH AT MOORESVILLE LLC; ACCORDIUS HEALTH AT STATESVILLE LLC; ACCORDIUS HEALTH AT WILKESBORO LLC; CAROLINA PINES AT ASHEVILLE LLC; COUNTRYSIDE CENTER FOR REHABILITATION; FAIR OAKS HEALTH AND REHABILITATION LLC; PELICAN HEALTH AT ASHEVILLE LLC; PELICAN HEALTH AT CHARLOTTE LLC; PELICAN HEALTH NORFOLK LLC; PELICAN HEALTH RUTHERFORDTON LLC; PELICAN HEALTH RANDOLPH LLC; RUSSELLVILLE KY OPCO LLC; THE CITADEL AT MYERS PARK LLC; THE CITADEL AT WINSTON-SALEM LLC; THE CITADEL ELIZABETH CITY, LLC; ACCORDIUS HEALTH AT BAY POINTE LLC; ACCORDIUS HEALTH AT CONCORD LLC; ACCORDIUS HEALTH AT GREENSBORO LLC; ACCORDIUS HEALTH AT LYNCHBURG, LLC; ACCORDIUS HEALTH AT RIVER POINTE, LLC; ACCORDIUS HEALTH AT ROSE MANOR LLC; ACCORDIUS HEALTH AT WILSON LLC; ACCORDIUS HEALTH AT WINSTON-SALEM LLC; ANDERSON SC OPCO LLC; CAROLINA PINES AT GREENSBORO LLC; COVINGTON TN OPCO LLC; FARTHING MAYFIELD KY OPCO LLC; GREENVILLE KY OPCO LLC; HOPKINSVILLE KY OPCO LLC; KNOXVILLE OPCO LLC; LEITCHFIELD KY OPCO LLC; LOUDON OPCO LLC; MADISONVILLE HEALTH AND REHABILITATION LLC; MARYVILLE FAIRPARK OPCO LLC; MARYVILLE JAMESTOWN OPCO LLC; MAYFIELD KY OPCO LLC; MOUNT PLEASANT TN OPCO LLC; PADUCAH CENTER FOR HEALTH AND REHABILITATION LLC; PELICAN HEALTH REIDSVILLE LLC; PELICAN HEALTH THOMASVILLE LLC; PRINCETON KY OPCO LLC; RED BOILING SPRINGS TN OPCO LLC

      Plaintiffs - Appellants

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the Small Business Administration; SCOTT BESSENT, in his official capacity as United States Secretary of Treasury; UNITED STATES OF AMERICA

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellees' unopposed motion for a stay of the briefing schedule in light of the lapse of appropriations, the court grants the motion and suspends briefing pending further order of the court.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk