FILED:  May 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1583
(1:23-cv-00129-MR)

_____

ACCORDIUS HEALTH AT ASHEVILLE LLC; ACCORDIUS HEALTH AT
BREVARD LLC; ACCORDIUS HEALTH AT CHARLOTTE LLC;
ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS
HEALTH AT MIDWOOD LLC; ACCORDIUS HEALTH AT MONROE LLC;
ACCORDIUS HEALTH AT MOORESVILLE LLC; ACCORDIUS HEALTH
AT STATESVILLE LLC; ACCORDIUS HEALTH AT WILKESBORO LLC;
CAROLINA PINES AT ASHEVILLE LLC; COUNTRYSIDE CENTER FOR
REHABILITATION; FAIR OAKS HEALTH AND REHABILITATION LLC;
PELICAN HEALTH AT ASHEVILLE LLC; PELICAN HEALTH AT
CHARLOTTE LLC; PELICAN HEALTH NORFOLK LLC; PELICAN
HEALTH RUTHERFORDTON LLC; PELICAN HEALTH RANDOLPH LLC;
RUSSELLVILLE KY OPCO LLC; THE CITADEL AT MYERS PARK LLC;
THE CITADEL AT WINSTON-SALEM LLC; THE CITADEL ELIZABETH
CITY, LLC; ACCORDIUS HEALTH AT BAY POINTE LLC; ACCORDIUS
HEALTH AT CONCORD LLC; ACCORDIUS HEALTH AT GREENSBORO
LLC; ACCORDIUS HEALTH AT LYNCHBURG, LLC; ACCORDIUS
HEALTH AT RIVER POINTE, LLC; ACCORDIUS HEALTH AT ROSE
MANOR LLC; ACCORDIUS HEALTH AT WILSON LLC; ACCORDIUS
HEALTH AT WINSTON-SALEM LLC; ANDERSON SC OPCO LLC;
CAROLINA PINES AT GREENSBORO LLC; COVINGTON TN OPCO LLC;
FARTHING MAYFIELD KY OPCO LLC; GREENVILLE KY OPCO LLC;
HOPKINSVILLE KY OPCO LLC; KNOXVILLE OPCO LLC; LEITCHFIELD
KY OPCO LLC; LOUDON OPCO LLC; MADISONVILLE HEALTH AND
REHABILITATION LLC; MARYVILLE FAIRPARK OPCO LLC;
MARYVILLE JAMESTOWN OPCO LLC; MAYFIELD KY OPCO LLC;
MOUNT PLEASANT TN OPCO LLC; PADUCAH CENTER FOR HEALTH
AND REHABILITATION LLC; PELICAN HEALTH REIDSVILLE LLC;
PELICAN HEALTH THOMASVILLE LLC; PRINCETON KY OPCO LLC;
RED BOILING SPRINGS TN OPCO LLC

Plaintiffs - Appellants

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the Small Business Administration; SCOTT BESSENT, in his official capacity as United States Secretary of Treasury; UNITED STATES OF AMERICA

Defendants - Appellees

———————————

O R D E R

———————————

The court grants the motion to extend filing time and extends the time for filing the reply brief to 07/01/2026. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk