# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 1, 2026

_____

DOCKET CORRECTION NOTICE

_____

No.    25-1583,        Accordius Health at Asheville LLC v. United States
                       Small Business Administration
                       1:23-cv-00129-MR


TO:      Appellants

FILING CORRECTION DUE:  July 7, 2026

Please make the correction identified below and file a corrected document by the
date indicated.

---

[X] Incorrect event used. Please refile document using *BRIEF (formal not
under seal) then BRIEF TYPE: REPLY*.


P. Ballard, Deputy Clerk
804-916-2702