FILED: October 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1583
(1:23-cv-00129-MR)

---

ACCORDIUS HEALTH AT ASHEVILLE LLC; ACCORDIUS HEALTH AT BREVARD LLC; ACCORDIUS HEALTH AT CHARLOTTE LLC; ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS HEALTH AT MIDWOOD LLC; ACCORDIUS HEALTH AT MONROE LLC; ACCORDIUS HEALTH AT MOORESVILLE LLC; ACCORDIUS HEALTH AT STATESVILLE LLC; ACCORDIUS HEALTH AT WILKESBORO LLC; CAROLINA PINES AT ASHEVILLE LLC; COUNTRYSIDE CENTER FOR REHABILITATION; FAIR OAKS HEALTH AND REHABILITATION LLC; PELICAN HEALTH AT ASHEVILLE LLC; PELICAN HEALTH AT CHARLOTTE LLC; PELICAN HEALTH NORFOLK LLC; PELICAN HEALTH RUTHERFORDTON LLC; PELICAN HEALTH RANDOLPH LLC; RUSSELLVILLE KY OPCO LLC; THE CITADEL AT MYERS PARK LLC; THE CITADEL AT WINSTON-SALEM LLC; THE CITADEL ELIZABETH CITY, LLC; ACCORDIUS HEALTH AT BAY POINTE LLC; ACCORDIUS HEALTH AT CONCORD LLC; ACCORDIUS HEALTH AT GREENSBORO LLC; ACCORDIUS HEALTH AT LYNCHBURG, LLC; ACCORDIUS HEALTH AT RIVER POINTE, LLC; ACCORDIUS HEALTH AT ROSE MANOR LLC; ACCORDIUS HEALTH AT WILSON LLC; ACCORDIUS HEALTH AT WINSTON-SALEM LLC; ANDERSON SC OPCO LLC; CAROLINA PINES AT GREENSBORO LLC; COVINGTON TN OPCO LLC; FARTHING MAYFIELD KY OPCO LLC; GREENVILLE KY OPCO LLC; HOPKINSVILLE KY OPCO LLC; KNOXVILLE OPCO LLC; LEITCHFIELD KY OPCO LLC; LOUDON OPCO LLC; MADISONVILLE HEALTH AND REHABILITATION LLC; MARYVILLE FAIRPARK OPCO LLC; MARYVILLE JAMESTOWN OPCO LLC; MAYFIELD KY OPCO LLC; MOUNT PLEASANT TN OPCO LLC; PADUCAH CENTER FOR HEALTH

AND REHABILITATION LLC; PELICAN HEALTH REIDSVILLE LLC; PELICAN HEALTH THOMASVILLE LLC; PRINCETON KY OPCO LLC; RED BOILING SPRINGS TN OPCO LLC

Plaintiffs - Appellants

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the Small Business Administration; SCOTT BESSENT, in his official capacity as United States Secretary of Treasury; UNITED STATES OF AMERICA

Defendants - Appellees

---

O R D E R

---

This case is scheduled for oral argument on October 28, 2026.

Upon consideration of appellees' unopposed motion to participate in oral argument by video conference, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk